■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON SEARLES, Appellant. [775 NYS2d 693]—Appeal from a judgment of the Monroe County Court (Charles T. Maloy, J.),

rendered March 26, 2002. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Pine, Scudder, Gorski and Hayes, JJ.